**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-2379

WILLIAM FITCHETT; BRAD R. JOHNSON,

             Plaintiffs - Appellants,

        v.

COUNTY OF HORRY; STATE OF SOUTH CAROLINA; M. LOIS EARGLE;
RODDY DICKINSON; TIM CHRISTOPHER,

             Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.   Terry L. Wooten, District Judge.
(4:10-cv-01648-TLW)

Submitted:  April 24, 2012          Decided:  May 15, 2012

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

William Fitchett and Brad R. Johnson, Appellants Pro Se.   Jerome
Scott Kozacki, WILLCOX BUYCK & WILLIAMS, PA, Florence, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Fitchett and Brad R. Johnson appeal the district court's orders and judgment accepting the magistrate judge's report and recommendation and granting the Appellants' motion for judgment on the pleadings and denying their motion for reconsideration under Fed. R. Civ. P. 59. We have reviewed the record, including the magistrate judge's order denying the motion for leave to file an amended complaint, the magistrate judge's report and recommendation and the district court's orders and find no error. Accordingly, we affirm on the reasoning of the district court. See Fitchett v. County of Horry, No. 4:10-cv-01648-TLW (D.S.C. Sept. 23, 2011; Nov. 16, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2